ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
Oakland, CA  94607
Telephone:     (510) 625-9700
Facsimile:      (510) 625-8275
Email:            abaker@beesontayer.com

Attorneys for Defendant
AFSCME

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| | |
|---|---|
| MELANIE RINCON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,<br><br>Defendant. | Case No. C12-04158 MEJ<br><br>**REQUEST FOR TELEPHONE APPEARANCE**<br><br>Hearing Date:     November 29, 2012<br>Hearing Time:    10:00 a.m.<br>Courtroom:        B, 15th Floor<br>Judge:                Hon. Maria-Elena James<br>Complaint Filed:  February 8, 2012<br>Trial Date:          None set |

Counsel for Defendant AFSCME hereby requests to participate in the November 29, 2012 case management conference in the above case by telephone.  His telephone number is (510) 625-9700.  This request is made because of the nature of the conference and in the interest of minimizing the cost to AFSCME given the time counsel would otherwise have to spend traveling to San Francisco from Oakland and waiting in court for the matter to be called.

Dated:  November 5, 2012                                            BEESON, TAYER & BODINE, APC


                                                                                 By:        /s/Andrew H. Baker
                                                                                         ANDREW H. BAKER
                                                                                 Attorneys for AFSCME


         IT IS SO ORDERED.


Dated: <u>November 6, 2012</u>                                  _____
                                                                                 Honorable Maria Elena James

---

REQUEST FOR TELEPHONE APPEARANCE

Case No. C12-04158 MEJ

Request for Telephone Appearance.doc