1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, APC
2  483 Ninth Street, 2nd Floor
   Oakland, CA  94607
3  Telephone:     (510) 625-9700
   Facsimile:     (510) 625-8275
4  Email:         abaker@beesontayer.com

5  Attorneys for Defendant
   AFSCME

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| MELANIE RINCON, | Case No. C12-04158 MEJ |
|---|---|
| Plaintiff, | **REQUEST FOR TELEPHONE APPEARANCE** |
| v. | |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, | Hearing Date:     November 29, 2012<br>Hearing Time:     10:00 a.m.<br>Courtroom:        B, 15th Floor<br>Judge:            Hon. Maria-Elena James |
| Defendant. | Complaint Filed: February 8, 2012<br>Trial Date:       None set |

Counsel for Defendant AFSCME hereby requests to participate in the November 29, 2012 case management conference in the above case by telephone.  His telephone number is (510) 625-9700.  This request is made because of the nature of the conference and in the interest of minimizing the cost to AFSCME given the time counsel would otherwise have to spend traveling to San Francisco from Oakland and waiting in court for the matter to be called.

Dated:  November 5, 2012                         BEESON, TAYER & BODINE, APC


                                                 By:        /s/Andrew H. Baker
                                                        ANDREW H. BAKER
                                                 Attorneys for AFSCME


        IT IS SO ORDERED.


Dated:  November 6, 2012                         _____
                                                   Honorable Maria Elena James

---

REQUEST FOR TELEPHONE APPEARANCE                                    Request for Telephone Appearance.doc

Case No. C12-04158 MEJ