ANDREW H. BAKER, SBN 104197
**BEESON, TAYER & BODINE, APC**
483 Ninth Street, 2nd Floor
Oakland, CA  94607
Telephone:    (510) 625-9700
Facsimile:     (510) 625-8275
Email:          abaker@beesontayer.com

Attorneys for Defendant AFSCME

RICHARD JOHNSTON, SBN 124524
**LAW OFFICES OF RICHARD JOHNSTON**
131-A Stony Circle, Suite 500
Santa Rosa, CA  95401
Telephone:    (707) 577-7422
Facsimile:     (707) 837-9532
Email:          RichardJohnstonEsq@gmail.com

Attorney for Plaintiff MELANIE RINCON

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| | |
|---|---|
| MELANIE RINCON,<br><br>                                    Plaintiff,<br><br>            v.<br><br>AMERICAN FEDERATION OF STATE,<br>COUNTY AND MUNICIPAL EMPLOYEES,<br><br>                                    Defendant. | Case No. C12-04158 MEJ<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION AND [PROPOSED] ORDER** |

   Pursuant to U.S.D.C. ADR Local Rule 6-5, Plaintiff Melanie Rincon and Defendant AFSCME submit this joint request to extend the deadline for conducting a mediation session in this matter.

   The parties' deadline for conducting a mediation session in this matter is currently January 15, 2013.  For the following reasons, the parties jointly request that the deadline be extended two weeks, to January 29, 2013.

JOINT REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION       Request and [Proposed] Order to
AND [PROPOSED] ORDER                                             Extend ADR Deadline
Case No. C12-04158 MEJ

1

1  The parties initiated early settlement discussions in this matter shortly after it was filed. The parties remain committed to discussing early settlement, prior to the necessity of conducting formal mediation. The parties anticipate exchanging formal settlement proposals prior to January 15, 2013. If these efforts fail to produce a settlement of the case, the parties will be prepared to engage in formal mediation no later than January 29, 2013.

The parties' opportunity to engage in informal settlement discussions has been hampered by health problems experienced by Plaintiff's counsel. These health problems were of sufficient severity that Mr. Johnston's physician recommended in November 2012 that he cease all work for a period of four weeks, and Mr. Johnston is only now returning to anything approaching his previous law practice. Further information is available should the same be desired; in order to preserve the confidentiality of the medical information in question, we do not go into further detail in this pleading.

Dated: December 20, 2012        BEESON, TAYER & BODINE, APC

                                By:    /s/Andrew H. Baker
                                       ANDREW H. BAKER
                                Attorneys for AFSCME

Dated: December 20, 2012        LAW OFFICES OF RICHARD JOHNSTON

                                By:    /s/Richard Johnston
                                       RICHARD JOHNSTON
                                Attorneys for MELANIE RINCON

Good cause appearing therefore, the parties' joint request to extend the deadline for conducting a mediation session to January 29, 2013, is granted.

**IT IS SO ORDERED.**

Dated: December 20, 2012        _____
                                Honorable Maria-Elena James

2

JOINT REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION                Request and [Proposed] Order to
AND [PROPOSED] ORDER                                                     Extend ADR Deadline
Case No. C12-04158 MEJ