**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MELANIE RINCON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN FEDERATION OF STATE,<br>COUNTY AND MUNICIPAL EMPLOYEES,<br><br>　　　　Defendant .<br>_____/ | No. C 12-4158 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　January 28, 2013<br>Mediator:　　Darci Burrell |

　　IT IS HEREBY ORDERED that the request to excuse defendant AFSCME's insurer representative from appearing in person at January 28, 2013, mediation session before Darci Burrell is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

　　IT IS SO ORDERED.

<u>　January 9, 2013　</u>　　By:　<u>　　　　　　　　　　　　　　　　　</u>
Dated
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge