UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MELANIE RINCON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,<br><br>    Defendant . | No. C 12-4158 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:         January 28, 2013<br>Mediator:   Darci Burrell |

  IT IS HEREBY ORDERED that the request to excuse defendant AFSCME's insurer representative from appearing in person at January 28, 2013, mediation session before Darci Burrell is GRANTED.  The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

  IT IS SO ORDERED.

     January 9, 2013            By:    _____
_____                        Elizabeth D. Laporte
Dated                                  United States Magistrate Judge