Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MELANIE RINCON,                                        )
                                                       )   Case No: <u>No. C 12-4158 M</u>
                              Plaintiff(s),            )
                                                       )   **APPLICATION FOR**
            v.                                         )   **ADMISSION OF ATTORNEY**
                                                       )   **PRO HAC VICE**
AFSCME                                                 )   (CIVIL LOCAL RULE 11-3)
                                                       )
                              Defendant(s).            )
_____           )

   I, <u>Abigail V. Carter</u>, an active member in good standing of the bar of <u>the District of Columbia</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>AFSCME</u> in the above-entitled action. My local co-counsel in this case is <u>Andrew H. Baker</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Bredhoff & Kaiser, PLLC, 805 15th Street, NW, Suite 1000, Washington, DC 20005 | Beeson, Tayer & Bodine, 483 9th Street, Suite 200, Oakland, CA 94607 |
| MY TELEPHONE # OF RECORD: (202) 842-2600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 625-9700 |
| MY EMAIL ADDRESS OF RECORD: acarter@bredhoff.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: abaker@beesontayer.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>474454</u>.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                    <u>        Abigail V. Carter        </u>
                                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of <u>Abigail V. Carter</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 10, 2013

~~UNITED ST~~                                       /MAGISTRATE JUDGE