Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MELANIE RINCON,  )  Case No: No. C 12-4158 M
　　　　　　　　　)
　　　Plaintiff(s),　)  **APPLICATION FOR**
　　　　　　　　　)  **ADMISSION OF ATTORNEY**
　v.　　　　　　　)  **PRO HAC VICE**
AFSCME　　　　　)  (CIVIL LOCAL RULE 11-3)
　　　　　　　　　)
　　　Defendant(s).  )

　　I, Abigail V. Carter, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AFSCME in the above-entitled action. My local co-counsel in this case is Andrew H. Baker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Bredhoff & Kaiser, PLLC, 805 15th Street, NW, Suite 1000, Washington, DC 20005 | Beeson, Tayer & Bodine, 483 9th Street, Suite 200, Oakland, CA 94607 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 842-2600 | (510) 625-9700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| acarter@bredhoff.com | abaker@beesontayer.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 474454.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:　　　　　　　　　　　　　　　　　　　　　　Abigail V. Carter
　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

═══════════════════════════════════════════════════════════

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Abigail V. Carter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 10, 2013

~~UNITED STATES DISTRICT~~/MAGISTRATE JUDGE
Judge Maria-Elena James

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　*October 2012*