UNITED STATES DISTRICT COURT

Northern District of California

MELANIE RINCON,

        Plaintiff,

  v.

AMERICAN FEDERAL OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES,

        Defendant.

_____/

No. CV12-4158 MEJ

**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE SUR-REPLY**

On August 11, 2013, Plaintiff Melanie Rincon filed a Motion for Leave to Submit Sur-reply and Proposed Sur-reply to Defendant AFSCME's Reply to Plaintiff's Opposition to Summary Judgment Motion. Dkt. No. 47. Plaintiff's Motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: August 12, 2013

_____
Maria-Elena James
United States Magistrate Judge